**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released the week prior to March 13, 2018)**


The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:


A-17-650          Goodwin v. Goodwin

A-17-883          In re Interest of Michael M.


The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.